

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **Afsaan Saleem**<br>*Senior Counsel*<br>Tel.: (212) 788-9580<br>Fax: (212) 788-9776 |

April 21, 2008

BY HAND DELIVERY
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08
```

Re: Chris Thomas, et. al. v. The City of New York, et. al., 07 CV 11508 (VM) (HBP)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department. I am writing to respectfully request an adjournment of the May 9, 2008 initial conference that Your Honor scheduled in his April 15, 2008 order. This request for an extension is the City's first. Plaintiff's counsel has consented to this request.

      I will be on vacation during that time and therefore request that the conference be adjourned to a later date. Thank you for your consideration in this regard.

Respectfully submitted,

Afsaan Saleem
Senior Counsel
Special Federal Litigation Division

cc:    VIA FACSIMILE
       Brett Klein, Esq.
       Leventhal & Klein, LLP
       45 Main Street, Suite 230
       Brooklyn, NY 11201
       (718) 222-2889

```
Request GRANTED. The initial status
conference herein is rescheduled to 5-30-08
at 9:45 a.m.

SO ORDERED.

4-22-08                    _____
DATE              VICTOR MARRERO, U.S.D.J.
```